STATE OF NEW JERSEY, DEFENDANT IN ERROR, v. KATE
MORRIS, PLAINTIFF IN ERROR.

Submitted March 22, 1920—Decided June 14, 1920.

On error to the Supreme Court, whose opinion is reported
in 94 *N. J. L.* 19.

For the plaintiff in error, *Frank M. McDermit.*

For the state, *J. Henry Harrison,* prosecutor of the pleas,
and *John A. Bernhard,* assistant prosecutor.

PER CURIAM.

The judgment under review should be affirmed, for the
reasons expressed in the opinion delivered by Chief Justice
Gummere in the Supreme Court.

*For affirmance*—SWAYZE, TRENCHARD, BERGEN, KALISCH,
WHITE, HEPPENHEIMER, WILLIAMS, TAYLOR, GARDNER,
ACKERSON, JJ. 10.

*For reversal*—PARKER, J. 1.